IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, as Trustee, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| DWAYNE A. EDWARDS, TODD BARKER, OPELIKA ALF, LLC, and THE MEDICAL CLINIC BOARD OF THE CITY OF OPELIKA, ALABAMA, | ) ) ) ) ) ) ) |
| Defendants. | ) |

CASE NO. 3:16-CV-650-WKW

## **ORDER**

Upon consideration of the parties' Joint Stipulation of Dismissal (Doc. # 58), which comports with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action has been dismissed with prejudice by operation of Rule 41, on the terms agreed to and set out by the parties. The Clerk of the Court is DIRECTED to close this case.

DONE this 6th day of September, 2019.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE